# UNITED STATES DISTRICT COURT
for the

Northern District of California

SEALED BY ORDER OF COURT

FILED

2011 SEP -9 A 11: 22

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

| United States of America | ) | |
| v. | ) | Case No. CR-11-00471-12-JF |
| **Daniel Sullivan** | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Daniel Sullivan**,

who is accused of an offense or violation based on the following document filed with the court:

X  Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐  Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

**Count 1: 18:1030(b) -Conspiracy to Commit Intentional Damage to a Protected Computer
Count 13: 18:1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B),(i) & (2) - Intentional Damage to a
Protect Computer, Aiding and Abetting**

Date:  **July 14, 2011**

*Issuing officer's signature*

City and state:  **San Jose, CA**

**Cita F. Escolano-CR CSA**
*Printed name and title*

---

### Return

This warrant was received on *(date)* **7/19/11**, and the person was arrested on *(date)* _____
at *(city and state)* **Los Angeles, CA**

Date:  **7/19/11**

**FBI Agent in LA, CA**
*Arresting officer's signature*

**FBI Agent in LA, CA**
*Printed name and title*