1 | MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
2 | 55 River Street, Suite 100
Santa Cruz, CA 95060
3 | Tel: 831.458.0502
Fax: 831.426.0159
4
5 | Attorney for Daniel Sullivan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR11-00471-DLJ (PSG) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) [ XXXXXXXXX ] ORDER |
| DANIEL SULLIVAN, | ) MODIFYING CONDITIONS OF PRETRIAL |
| | ) RELEASE TO PERMIT TRAVEL OUTSIDE |
| _____ Defendant. | ) THE CENTRAL DISTRICT OF CALIFORNIA |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendant Daniel Sullivan's conditions of pretrial release shall be modified to permit him to travel by car from his home in the Central District of California to San Diego in the Southern District, departing Camarillo, California the morning of December 30, 2011, and returning home the evening of December 31.

All other conditions of release shall remain in effect.

Date: December 16, 2011

_____
HON. PAUL S. GREWAL
United States Magistrate Judge

Sullivan's ~~Proposed~~ Order to Modify Conditions of Release

- 1 -