MICHELLE D. SPENCER, CSB 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Daniel Sullivan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SULLIVAN,<br><br>Defendant. | CASE NO:  CR11-00471-DLJ (PSG)<br><br>[~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL OUTSIDE THE CENTRAL DISTRICT OF CALIFORNIA |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Daniel Sullivan's conditions of pretrial release shall be modified to permit him to travel from the Central District of California to San Diego in the Southern District beginning April 25, 2013 returning to the Central District the evening of April 28, 2013.

All other conditions of release shall remain in effect.

Date: April 18, 2013

/s/ Paul S. Grewal
HON. PAUL S. GREWAL
United States Magistrate Judge

- 1 -

[~~Proposed~~] Order for Modification of Conditions of Pretrial Release