**FILED**

OCT 21 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SULLIVAN,<br><br>Defendant. | CASE NO: CR11-00471-DLJ (PSG)<br><br>[~~PROPOSED~~] ORDER DIRECTING THE UNITED STATES MARSHAL TO ARRANGE FOR THE NONCUSTODIAL TRANSPORTATION OF DANIEL SULLIVAN (18 U.S.C. § 4285) |

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 4285 and based upon Mr. Sullivan's indigency, that the United States Marshal shall arrange for the noncustodial transportation of Daniel Sullivan from Burbank Bob Hope Airport (BUR), California to San Jose Airport (SJC), on the evening (7:00 p.m. or later) of October 30, 2013 for the status conference/change of plea hearing the following morning scheduled before Hon. D. Lowell Jensen on October 31, 2013 at 9:00 a.m. at the United States District Court in San Jose. Mr. Sullivan's appearance will be mandatory for a change of plea and cannot be waived.

///

//

- 1 -

[~~Proposed~~] Order for Noncustodial Transportation

Additionally, the United States Marshal shall provide return travel later in the afternoon on October 31, 2013 or as soon thereafter as possible.

Date: 10-21-13

_____
The Honorable Paul Singh Grewal
United States Magistrate Judge