# UNITED STATES DISTRICT COURT

_____Northern_____ DISTRICT OF __California__

UNITED STATES OF AMERICA
V.

Daniel Sullivan

**WAIVER OF INDICTMENT**

CASE NUMBER: CR11-471 (12) DLJ

I, __Daniel Sullivan__, the above named defendant, who is accused of Count 1 - 18 USC §§ 1030(b)(c)(4)(A)(i)(I) Conspiracy to commit Intentional Damage to a Protected Computer and 18 USC 1030(a)(5)(A) a protected Computer Count 13 - (c)(4)(G)(i) Intent Damage to a (mis-demeanor) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __December 5, 2013__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**Filed**

DEC 0 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before __Paul S. Grewal__
         Judicial Officer