12/10/2014 04:12 PM EDT                                                                                                                                    Version 7.1      Page  1     of   1

# U.S. Courts
## Case Inquiry Report
Case Num: DCAN511CR000471;  Party Num: 012;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Case Number**  DCAN511CR000471          **Case Title**   US V CHRISTOPHER COOPER

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 012 | PTY18639 | DANIEL SULLIVAN | PACCT12587 | SPECIAL PENALTY ASSESSMENT | | 25.00 | 25.00 | 0.00 |
| 012 | PTY18639 | DANIEL SULLIVAN | PACCT12587 | VICTIM RESTITUTION | | 5,600.00 | 5,600.00 | 0.00 |
| | | | | | | 5,625.00 | 5,625.00 | 0.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| PTY973 | PAYPAL | 5,600.00 | 0.00 | 5,600.00 |
| | | 5,600.00 | 0.00 | 5,600.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | | Payee Line# | Depository Line# | J/S Account Code | | | |
| CT 54611015150 | | 10/29/2014 | 10/29/2014 | PR | 25.00 | DANIEL SULLIVAN | | O | 04 | 504100 |
| DCAN511CR000471-012 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CT 54611015167 | | 11/04/2014 | 11/04/2014 | PR | 5,600.00 | DANIEL SULLIVAN | | O | 06 | 6855XX |
| DCAN511CR000471-012 | 2 | VICTIM RESTITUTION | | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

**SPECIAL ASSESSMENT PAID IN FULL**

Defendant:  DANIEL SULLIVAN
Amount $  25.00          Date:  10/29/2014