# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

**Request for Early Termination of Supervision**

| | |
|---|---|
| Name of Offender<br>Daniel Sullivan | Docket Number<br>0971 5:11CR00471-012 DLJ |
| Name of Sentencing Judge: | The Honorable D. Lowell Jensen<br>Senior United States District Judge |
| Date of Original Sentence: | October 29, 2014 |

Original Offense
Count Thirteen: Intentional Damage to a Protected Computer, 18 U.S.C. § 1030(a)(5)(A),(c)(4)(G)(i), a Class A Misdemeanor.

Original Sentence: One (1) year probation. Probation will be deemed completed and terminated once the restitution amount is paid in full.
Special Conditions: special assessment $25; restitution $5600

Prior Form(s) 12: None

| | |
|---|---|
| Type of Supervision<br>Probation<br>Assistant U.S. Attorney<br>Hanley Chew | Date Supervision Commenced<br>October 29, 2014<br>Defense Counsel<br>Angela Dunning (Retained) |

### Petitioning the Court to Take Judicial Notice

Petitioning the Court to consider the offender for early termination of supervision.

RE:   Sullivan, Daniel                                                                                                           2
       0971 5:11CR00471-012 DLJ

## Cause

On October 29, 2014, the offender was sentenced to probation with the condition that probation be terminated upon completion of restitution payment. On November 4, 2014, the offender paid restitution in the amount of $5,6000. fully satisfying his condition. Therefore, we recommend early termination of probation, effective November 4, 2014.


Respectfully submitted,


_____
Susan Portillo
Supervisory U.S. Probation Officer
Date Signed: February 17, 2015

---

THE COURT ORDERS:

☒ Early termination of supervision granted, effective November 4, 2014.
☐ Early termination of supervision denied
☐ Other:


Feb 19, 2015                                                  _____
_____                                    Beth Labson Freeman
Date                                                              United States District Judge and General Duty Judge